## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| TIMOTHY PRIME, Individually and on Behalf of All Others Similarly Situated,<br><br>                    Plaintiff,<br><br>        v.<br><br>MANHATTAN ASSOCIATES, INC., EDDIE CAPEL, and DENNIS B. STORY,<br><br>                    Defendants. | Civil Action No. 1:25-cv-00992-TRJ |
| CITY OF ORLANDO POLICE OFFICERS' PENSION FUND, Individually and on Behalf of All Others Similarly Situated,<br><br>                    Plaintiff,<br><br>        v.<br><br>MANHATTAN ASSOCIATES, INC., EDDIE CAPEL, and DENNIS B. STORY,<br><br>                    Defendants. | Civil Action No. 1:25-cv-02089-TRJ |

## [PROPOSED] ORDER GRANTING JOINT MOTION TO CONSOLIDATE

1.    WHEREAS, the above-captioned securities class actions (the "Securities Class Actions") have been filed against Defendants Manhattan Associates, Inc., Eddie Capel, and Dennis B. Story (collectively, "Defendants"), alleging violations of the federal securities laws;

2.    WHEREAS, Rule 42(a) of the Federal Rules of Civil Procedure provides that a court may order all actions consolidated where they involve "common issues of law or fact." Fed. R. Civ. P. 42(a); and

3.    WHEREAS, the parties to the Securities Class Actions have jointly moved to consolidate the Securities Class Actions;

**IT IS HEREBY ORDERED THAT:**

4.    The Securities Class Actions are consolidated for all purposes including, but not limited to, discovery, pretrial proceedings, and trial proceedings pursuant to Federal Rule of Civil Procedure 42(a).

5.    The docket in Civil Action No. 1:25-cv-00992-TRJ shall constitute the Master Docket for this action.

6.    Every pleading filed in the consolidated action shall bear the following caption:

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| In re Manhattan Associates, Inc. Securities Litigation | Civil Action No. 1:25-cv-00992-TRJ<br><br>CLASS ACTION |

7.    All Securities Class Actions subsequently filed in, or transferred to, this District shall be consolidated into this action. This Order shall apply to every such action, absent an order of the Court. A party objecting to such consolidation, or to

2

any other provisions of this Order, must file an application for relief from this Order within ten days after the date on which a copy of this Order is mailed to the party's counsel.

8.      This Order is entered without prejudice to the rights of any party to apply for severance of any claim or action, with good cause shown.

**IT IS SO ORDERED** this _____ day of _____, 2025.

_____
The Honorable Tiffany R. Johnson
United States District Judge

3