IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TIMOTHY PRIME,<br><br>  Plaintiff,<br><br>   v.<br><br>MANHATTAN ASSOCIATES, INC., *et al.*,<br><br>  Defendants. | CIVIL ACTION NO.<br>1:25-cv-00992-TRJ |
| CITY OF ORLANDO POLICE OFFICERS' PENSION FUND,<br><br>  Plaintiff,<br><br>   v.<br><br>MANHATTAN ASSOCIATES, INC., *et al.*,<br><br>  Defendants. | CIVIL ACTION NO.<br>1:25-cv-02089-TRJ |

**ORDER**

This matter is before the Court on the parties' Joint Motion to Consolidate. (Doc. 12 in 1:25-cv-00992-TRJ and Doc. 19 in 1:25-cv-02089-TRJ). The parties request that the Court consolidate Civil Action Nos. 1:25-cv-00992-TRJ and 1:25-cv-02089-TRJ because the two actions arise from the same facts and circumstances. (*Id.* at 4). Specifically, the parties note that the two actions name the same defendants, assert the same claims against these Defendants under the Securities Exchange Act of 1934, present the same theories for recovery, and are based on the same allegedly wrongful course of conduct by Defendants. (*Id.*)

Federal Rule of Civil Procedure 42(a) confers upon the district courts broad discretionary authority to order consolidation when separate lawsuits involving a common question of law or fact are pending in the same court. *See Hendrix v. Raybestos-Manhatten, Inc.*, 776 F.2d 1492, 1495 (11th Cir. 1985) (observing a district court's "purely discretionary" authority under Rule 42(a)). Here, the parties agree that consolidation of the two actions is appropriate because the claims asserted in this case and the pending related case arise from the same facts and circumstances and involve the same subject matter. As the claims in both actions share a common core of facts and questions of law, the Court exercises its discretion under Federal Rule of Civil Procedure 42(a) to consolidate these cases.

Accordingly, the parties' Joint Motion to Consolidate (Doc. 12 in 1:25-cv-00992-TRJ and Doc. 19 in 1:25-cv-02089-TRJ) is **GRANTED**. The Court **ORDERS** the consolidation of Civil Action Nos. 1:25-cv-00992-TRJ and 1:25-cv-02089-TRJ. The Clerk is **DIRECTED** to file this Order in both actions. The Clerk is further **DIRECTED** to **CLOSE** Civil Action No. 1:25-cv-02089-TRJ and **CONSOLIDATE** that action with Civil Action No. 1:25-cv-00992-TRJ.

SO ORDERED, this 2nd day of May, 2025.

_____

TIFFANY R. JOHNSON
United States District Judge

2