IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TIMOTHY PRIME, *et al.*<br><br>    Plaintiffs,<br><br>        v.<br><br>MANHATTAN ASSOCIATES, INC, *et al.*,<br><br>    Defendants. | CIVIL ACTION NO.<br>1:25-cv-00992-TRJ |

# ORDER

This matter is before the Court on Plaintiff Timothy Prime's ("Prime") Motion for Appointment As Lead Plaintiff and Approval of Selection of Counsel (Doc. 27) and Plaintiffs Orlando Police Officers' Pension Fund, City of Orlando Firefighters' Pension Fund, and City of Orlando General Employees' Pension Fund's (collectively, the "Orlando Funds") Motion for Appointment As Lead Plaintiff and Approval of Selection of Lead Counsel (Doc. 28). Defendants Manhattan Associates, Inc., Eddie Capel, and Dennis B. Story filed a consolidated response to the pending motions, noting that they take no position on lead plaintiff and lead counsel appointment but reserve all defenses to class certification. (Doc. 29).

On May 21, 2025, Prime and the Orlando Funds jointly filed a Stipulation for Appointment of Lead Plaintiff and Lead Counsel. (Doc. 30). Upon review and consideration of the Stipulation, and for good cause, **IT IS HEREBY ORDERED**:

1. Based on the filing of the Stipulation, Prime's Motion (Doc. 27) and the Orlando Funds' Motion (Doc. 28) are **DENIED AS MOOT**.

2. Pursuant to the Private Securities Litigation Reform Act of 1995, 15 U.S.C. §78u-4(a)(3)(B), the Orlando Funds are appointed as lead Plaintiff for the class in this action;

3. Prime will serve as an additional class representative in this action;

4. Pursuant to 15 U.S.C. §78u-4(a)(3)(B)(v), the Orlando Funds' counsel Labaton Keller Sucharow LLP is approved as lead counsel for the class in this action;

5. Prime's counsel Levi & Korsinsky, LLP will serve as additional counsel for the class in this action;

6. Councill, Gunnemann & Chally, LLC will serve as liaison counsel for the class in this action.

SO ORDERED, this 23rd day of May, 2025.

_____
TIFFANY R. JOHNSON
United States District Judge