# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| TIMOTHY PRIME, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>MANHATTAN ASSOCIATES, INC., EDDIE CAPEL, and DENNIS B. STORY,<br><br>Defendants. | Case No. 1:25-cv-00992-TRJ<br><br>**CLASS ACTION**<br><br>Judge Tiffany R. Johnson |

## JOINT MOTION FOR SCHEDULING ORDER

Lead Plaintiff Orlando Police Officers' Pension Fund, City of Orlando Firefighters' Pension Fund, and City of Orlando General Employees' Pension Fund (collectively, "Lead Plaintiff" or the "Orlando Funds") and Defendants Manhattan Associates, Inc., Eddie Capel, and Dennis B. Story (collectively, "Defendants"), respectfully submit this Joint Consent Motion for Scheduling Order, and state as follows:

1.    On May 23, 2025 the Court appointed the Orlando Funds as Lead Plaintiff, ECF No. 31;

2.    The Orlando Funds and Defendants have conferred on a schedule for Lead Plaintiff to file an amended complaint and for Defendants to answer or otherwise respond to the amended complaint and have agreed to the following schedule:

(a)    Lead Plaintiff shall file an amended complaint by July 22, 2025;

(b)    Defendants shall answer or otherwise file a motion to dismiss the amended complaint by September 22, 2025;

(c)    Should Defendants file a motion to dismiss the amended complaint, Lead Plaintiff shall file an opposition to the motion to dismiss by November 21, 2025;

(d)    Defendants shall file a reply in support of their motion to dismiss by December 22, 2025;

1

(e)    Should the motion to dismiss be denied in whole or in part, Defendants shall then have 45 days to answer the operative complaint; and

(f)    Within 30 days of the resolution of Defendants' motion to dismiss, assuming the case is not dismissed, the parties will confer on an appropriate schedule for discovery and proceedings related to class certification. The parties anticipate that at that time, they will negotiate and agree on deadlines for (a) conferral as to a preliminary report and discovery plan, as required by Local Rule 16.1; (b) discovery (including initial disclosures), as required by Local Rule 26.1; and (c) filing a motion for class certification, as required by Local Rule 23.1(B). The parties request that the Court stay any deadlines contemplated by the local rules until resolution of Defendants' motion and according to the schedule the parties anticipate proposing at that time.

3.    The Orlando Funds and Defendants believe the schedule set forth above will best facilitate the efficient progress of this litigation.

4.    Accordingly, the Orlando Funds and Defendants hereby jointly and respectfully request that the Court enter the [Proposed] Order Granting Joint Consent Motion for Scheduling Order attached hereto.

Respectfully submitted, this 28th day of May, 2025.

[Signatures Appear on Following Pages]

**LABATON KELLER SUCHAROW LLP**

*/s/ Francis P. McConville*
Francis P. McConville (*pro hac vice*)
Guillaume Buell (*pro hac vice*)
Connor C. Boehme (*pro hac vice*)
140 Broadway
New York, New York 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477
fmcconville@labaton.com
gbuell@labaton.com
cboehme@labaton.com

*Lead Counsel for the Class*

**COUNCILL, GUNNEMANN & CHALLY, LLC**

*/s/ Jonathan R. Chally*
Jonathan R. Chally
Georgia Bar No. 141392
jchally@cgc-law.com
Katherine L. D'Ambrosio
Georgia Bar No. 780128
kdambrosio@cgc-law.com
75 14th Street, NE, Suite 2475
Atlanta, Georgia 30309
Telephone: (404) 407-5250
Facsimile: (404) 600-1624

*Liaison Counsel for the Class*

**KING & SPALDING LLP**

*/s/ B. Warren Pope*
B. Warren Pope
Georgia Bar No. 583723
Bethany M. Rezek
Georgia Bar No. 553771
1180 Peachtree Street, N.E.
Atlanta, Georgia 30309
Telephone: (404) 572-4728
Facsimile: (404) 572-5100

*Counsel for Defendants Manhattan Associates, Inc., Eddie Capel, and Dennis B. Story*

3

**KLAUSNER, KAUFMAN, JENSEN
& LEVINSON**

Robert D. Klausner (pro hac vice)
bob@robertdklausner.com
Stuart Kaufman (pro hac vice)
stu@robertdklausner.com
7080 Northwest 4th Street
Plantation, Florida 33317
Telephone: (954) 916-1202

*Additional Counsel for the Orlando
Funds*

**LEVI & KORSINSKY, LLP**

Adam M. Apton
33 Whitehall Street, 17th Floor
New York, New York 10004
Telephone: (212) 363-7500
Facsimile: (212) 363-7171
aapton@zlk.com

*Additional Counsel for the Class*

4