**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| TIMOTHY PRIME, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>MANHATTAN ASSOCIATES, INC., EDDIE CAPEL, and DENNIS B. STORY,<br><br>Defendants. | Case No. 1:25-cv-00992-TRJ<br><br>**CLASS ACTION**<br><br>Judge Tiffany R. Johnson |

**[PROPOSED] ORDER GRANTING**
**JOIN CONSENT MOTION FOR SCHEDULING ORDER**

Having considered the Joint Consent Motion for Scheduling Order ("Joint Motion") filed by Lead Plaintiff Orlando Police Officers' Pension Fund, City of Orlando Firefighters' Pension Fund, and City of Orlando General Employees' Pension Fund's (collectively, the "Orlando Funds") and Defendants Manhattan Associates, Inc., Eddie Capel, and Dennis B. Story ("Defendants"), and good cause to grant the Joint Motion appearing therefor;

IT IS HEREBY ORDERED:

1.    Lead Plaintiff shall file an amended complaint by July 22, 2025;

2.    Defendants shall answer or otherwise file a motion to dismiss the amended complaint by September 22, 2025;

3.      Should Defendants file a motion to dismiss the amended complaint, Lead Plaintiff shall file an opposition to the motion to dismiss by November 21, 2025;

4.      Defendants shall file a reply in support of their motion to dismiss by December 22, 2025;

5.      Should the motion to dismiss be denied in whole or in part, Defendants shall then have 45 days to answer the operative complaint; and

6.      Within 30 days of the resolution of the Defendants' motion to dismiss, assuming the case is not dismissed, the parties will confer on an appropriate schedule for discovery and proceedings related to class certification.  The parties anticipate that at that time, they will negotiate and agree on deadlines for (a) conferral as to a preliminary report and discovery plan, as required by Local Rule 16.1, (b) discovery (including initial disclosures), as required by Local Rule 26.1, and (c) filing a motion for class certification, as required by Local Rule 23.1(B).  The parties request that the Court stay any deadlines contemplated by the local rules until resolution of Defendants' motion and according to the schedule the parties anticipate proposing at that time.

        IT IS SO ORDERED this _____ day of _____, 2025.


                                        _____
                                        Tiffany R. Johnson
                                        United States District Judge

2