# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

### 1:25-cv-00992-TRJ
### Prime v. Manhattan Associates, Inc. et al
### Honorable Tiffany R Johnson

Minute Sheet for proceedings held In Open Court on 06/10/2025.

TIME COURT COMMENCED: 2:00 P.M.
TIME COURT CONCLUDED: 2:15 P.M.
TIME IN COURT: 00:15
OFFICE LOCATION: Atlanta

COURT REPORTER: Keisha Crump
TAPE NUMBER: ZOOM
DEPUTY CLERK: Britney Rodgers

ATTORNEY(S) PRESENT:

Adam Apton representing Timothy Prime
Jonathan Chally representing City of Orlando Firefighters' Pension Fund
Jonathan Chally representing City of Orlando General Employees' Pension Fund
Jonathan Chally representing City of Orlando Police Officers' Pension Fund
Katherine D'Ambrosio representing City of Orlando Police Officers' Pension Fund
Alexandra Forgione representing City of Orlando Firefighters' Pension Fund
Alexandra Forgione representing City of Orlando General Employees' Pension Fund
Alexandra Forgione representing City of Orlando Police Officers' Pension Fund
Lauren Ormsbee representing City of Orlando Firefighters' Pension Fund
Lauren Ormsbee representing City of Orlando General Employees' Pension Fund
Lauren Ormsbee representing City of Orlando Police Officers' Pension Fund
Benjamin Pope representing Manhattan Associates, Inc.
Benjamin Pope representing Dennis B. Story
Benjamin Pope representing Eddie Capel
Bethany Rezek representing Manhattan Associates, Inc.
Bethany Rezek representing Dennis B. Story
Bethany Rezek representing Eddie Capel
David Saldamando representing City of Orlando Firefighters' Pension Fund
David Saldamando representing City of Orlando General Employees' Pension Fund
David Saldamando representing City of Orlando Police Officers' Pension Fund

PROCEEDING CATEGORY:

Motion Hearing (Motion Hearing Non-evidentiary);

MOTIONS RULED ON:

[32] Motion for Order GRANTED

MINUTE TEXT:            Parties were heard on the #32 Joint Motion for Scheduling Order. For the reasons stated on the record, the motion was granted. Order to follow.

HEARING STATUS:        Hearing Concluded