**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| |
|---|
| TIMOTHY PRIME, Individually and on Behalf of All Others Similarly Situated, |
| Plaintiff, |
| v. |
| MANHATTAN ASSOCIATES, INC., EDDIE CAPEL, and DENNIS B. STORY, |
| Defendants. |

Case No. 1:25-cv-00992-TRJ

**LEAD PLAINTIFFS' MOTION FOR LEAVE TO BRING ELECTRONIC EQUIPMENT AND DOCUMENTS INTO THE COURTHOUSE**

Lead Plaintiffs City of Orlando Police Officers' Pension Fund, City of Orlando Firefighters' Pension Fund, and City of Orlando General Employees' Pension Fund (together, "Lead Plaintiffs") respectfully move the Court for leave to bring electronic equipment and documents for the duration of the oral argument in the above captioned matter, which is scheduled to begin on Thursday, April 9, 2026 at 10:00 AM in Courtroom 1707, Richard B. Russell Federal Building, 75 Ted Turner Drive, S.W., Atlanta, GA 30303. Lead Plaintiffs respectfully request the following individuals who do not possess a blue attorney identification card and have been admitted to appear *pro hac vice*—or are assisting Counsel for Lead Plaintiffs—be permitted into Courtroom 1707 with laptops and cellular telephones that may contain cameras, including iPhones, Androids, or other smart phones/personal

digital assistants (PDAs), smart tablets, smart watches, external hard drives, computer mice, presentation remotes, adapters, tech table, HDMI signal switch, extension cords, charging cords, and related peripherals, as well as boxes or binders that contain documents relevant to the above captioned matter, including cases, briefs, and other such papers:

1. David Saldamando (admitted *pro hac vice*)

2. Jesse L. Jensen (admitted *pro hac vice*)

3. Jonathan R. Chally (Georgia Bar No. 141392)

4. Julia Applefeld

A proposed order is attached for the Court's convenience.

Dated: April 2, 2026

**LABATON KELLER SUCHAROW LLP**

*/s/ David Saldamando*
Jesse L. Jensen (*pro hac vice*)
David Saldamando (*pro hac vice*)
Alexandra E. Forgione (*pro hac vice*)
140 Broadway
New York, NY 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477
jjensen@labaton.com
dsaldamando@labaton.com
aforgione@labaton.com

*Counsel for Lead Plaintiffs City of Orlando Police Officers' Pension Fund, City of Orlando Firefighters' Pension Fund, and*

2

*City of Orlando General Employees'
Pension Fund, and the Class*

-and-

/s/ *Jonathan R. Chally*
Jonathan R. Chally
Georgia Bar No. 141392
COUNCILL, GUNNEMANN & CHALLY,
LLC
75 14th Street, NE, Suite 2475
Atlanta, GA 30309
Telephone: (404) 407-5250
jchally@cgc-law.com

*Liaison Counsel for the Class*

-and-

Robert D. Klausner
Stuart A. Kaufman
Bonni S. Jensen
KLAUSNER, KAUFMAN, JENSEN &
LEVINSON, P.A.
7080 Northwest 4th Street
Plantation, FL 33317
Telephone: (954) 916-1202
Facsimile: (954) 912-1232
bob@robertdklausner.com
stu@robertdklausner.com
bonni@robertdklausner.com

*Additional Counsel for Lead Plaintiffs City
of Orlando Police Officers' Pension Fund,
City of Orlando Firefighters' Pension Fund,
and City of Orlando General Employees'
Pension Fund*

-and-

Adam M. Apton
LEVI & KORSINSKY, LLP

3

33 Whitehall Street, 17th Floor
New York, NY 10004
Telephone: (212) 363-7500
Facsimile: (212) 363-7171
aapton@zlk.com

*Counsel for Additional Named Plaintiff
Timothy Prime and Additional Counsel for
the Class*

## <u>RULE 7.1(D) CERTIFICATION</u>

The undersigned counsel certifies that this document has been prepared with one of the font and point selections approved by the Court in Local Rule 5.1(C).

*/s/ David Saldamando*
David Saldamando

*Counsel for Lead Plaintiffs City of Orlando Police Officers' Pension Fund, City of Orlando Firefighters' Pension Fund, and City of Orlando General Employees' Pension Fund*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this day a copy of the foregoing was filed and served using the Court's CM/ECF system which will send notification of such filing to ECF registered participants.

Dated: April 2, 2026

*/s/ David Saldamando*
David Saldamando

*Counsel for Lead Plaintiffs City of Orlando Police Officers' Pension Fund, City of Orlando Firefighters' Pension Fund, and City of Orlando General Employees' Pension Fund*

6