# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

|  |  |
|---|---|
| TIMOTHY PRIME, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> MANHATTAN ASSOCIATES, INC., EDDIE CAPEL, and DENNIS B. STORY, <br><br> Defendants. | Case No. 1:25-cv-00992-TRJ |

## [PROPOSED] ORDER

Upon consideration of the Lead Plaintiffs City of Orlando Police Officers' Pension Fund, City of Orlando Firefighters' Pension Fund, and City of Orlando General Employees' Pension Fund's motion for leave to bring electronic equipment and documents into the courthouse, and for good cause shown, the Court orders that the following individuals may bring laptops and cellular telephones that may contain cameras, including iPhones, Androids, or other smart phones/personal digital assistants (PDAs), smart tablets, smart watches, external hard drives, computer mice, presentation remotes, adapters, tech table, HDMI signal switch, extension cords, charging cords, and related peripherals, as well as boxes or binders that contain documents relevant to the above captioned matter, including cases, briefs, and other such papers, for the duration of the oral argument in the above captioned matter,

which is scheduled to begin on Thursday, April 9, 2026 at 10:00 AM, in Courtroom 1707, Richard B. Russell Federal Building, 75 Ted Turner Drive, S.W., Atlanta, GA 30303:

1. David Saldamando

2. Jesse L. Jensen

3. Jonathan R. Chally

4. Julia Applefeld

SO ORDERED this ___ day of ___, 2026.

_____

The Honorable Tiffany R. Johnson
United States District Judge