**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| TIMOTHY PRIME, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>MANHATTAN ASSOCIATES, INC., EDDIE CAPEL, and DENNIS B. STORY,<br><br>Defendants. | Case No. 1:25-cv-00992-TRJ<br><br>**CLASS ACTION**<br><br>Judge Tiffany R. Johnson |

**DEFENDANTS' MOTION FOR LEAVE TO BRING TECHNOLOGY AND DOCUMENTS INTO COURTROOM**

Pursuant to this Court's Standing Order, Defendants Manhattan Associates, Inc., Eddie Capel, and Dennis B. Story (collectively, "Defendants"), by and through their counsel, hereby respectfully move the Court for entry of the [Proposed] Order Granting Defendants' Motion For Leave to Bring Technology and Documents Into Courtroom, which is attached hereto. Defendants respectfully request leave to bring technology, supporting equipment, and documents to the hearing on Defendants' motion to dismiss for failure to state a claim in the above-captioned action set for Thursday, April 9, 2026 at 10:00 a.m. in Courtroom 1707, Richard B. Russell Federal Building, 75 Ted Turner Drive, S.W., Atlanta, GA 30303 ("Motion Hearing"). Specifically, Defendants respectfully request that Warren Pope (Georgia Bar No. 583723), Bethany Rezek (Georgia Bar No. 553771), and Claire Barry

(Georgia Bar No. 137910) be permitted to bring the following into Courtroom 1707 for use during the Motion Hearing: laptops, cell phones, tablets, smart watches, external hard drives, computer mice, presentation remotes, adapters, tech tables, HDMI signal switches, extension cords, charging cords, and related equipment, in addition to binders, notebooks, boxes, portfolios, and folders containing documents related to the above-captioned action, including briefs, notes, and other such documents.

Respectfully submitted this second day of April, 2026.

**KING & SPALDING LLP**

*/s/ E. Claire Barry*
B. Warren Pope
Georgia Bar No. 583723
Bethany M. Rezek
Georgia Bar No. 553771
E. Claire Barry
Georgia Bar No. 137910
1180 Peachtree Street, N.E.
Atlanta, Georgia 30309
Telephone: (404) 572-4600
Facsimile: (404) 572-5100
wpope@kslaw.com
brezek@kslaw.com
cbrunner@kslaw.com

*Counsel for Defendants Manhattan Associates, Inc., Eddie Capel, and Dennis B. Story*

## **RULE 7.1(D) CERTIFICATION**

The undersigned counsel certifies that this document has been prepared with one of the font and point selections approved by the Court in Local Rule 5.1(C).

> _/s/ E. Claire Barry_
> E. Claire Barry
> Georgia Bar No. 137910
>
> _Counsel for Defendants Manhattan Associates, Inc., Eddie Capel, and Dennis B. Story_

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on this day a copy of the foregoing was filed and served using the Court's CM/ECF system, which will send notification of such filing to ECF registered participants.

DATED this second day of April, 2026.

<u>/s/ E. Claire Barry</u>
E. Claire Barry
Georgia Bar No. 137910

*Counsel for Defendants Manhattan Associates, Inc., Eddie Capel, and Dennis B. Story*