**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| TIMOTHY PRIME, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> MANHATTAN ASSOCIATES, INC., EDDIE CAPEL, and DENNIS B. STORY, <br><br> Defendants. | Case No. 1:25-cv-00992-TRJ <br><br> **CLASS ACTION** <br><br> Judge Tiffany R. Johnson |

**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR LEAVE TO BRING TECHNOLOGY AND DOCUMENTS INTO COURTROOM**

Presently before the Court is Defendants' Motion For Leave to Bring Technology and Documents Into Courtroom (the "Motion"), filed by Defendants Manhattan Associates, Inc., Eddie Capel, and Dennis B. Story (collectively, "Defendants"). Upon consideration of the Motion, and for good cause shown, it is hereby ordered that:

1.     The Motion is GRANTED; and

2.     Warren Pope (Georgia Bar No. 583723), Bethany Rezek (Georgia Bar No. 553771), and Claire Barry (Georgia Bar No. 137910) are permitted to bring the following to the hearing on Defendants' motion to dismiss for failure to state a claim in the above-captioned action set for Thursday, April 9, 2026 at 10:00 a.m. in

Courtroom 1707, Richard B. Russell Federal Building, 75 Ted Turner Drive, S.W., Atlanta, GA 30303: laptops, cell phones, tablets, smart watches, external hard drives, computer mice, presentation remotes, adapters, tech tables, HDMI signal switches, extension cords, charging cords, and related equipment, in addition to binders, notebooks, boxes, portfolios, and folders containing documents related to the above-captioned action, including briefs, notes, and other such documents.

SO ORDERED, this _____ day of _____, 2026.

_____
The Honorable Tiffany R. Johnson
United States District Judge

2