IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TIMOTHY PRIME, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>MANHATTAN ASSOCIATES, INC, *et al.*,<br><br>    Defendants. | CIVIL ACTION NO.<br>1:25-cv-00992-TRJ |

## ORDER

A hearing is scheduled in this case before Judge Tiffany R. Johnson on April 9, 2026, in Courtroom 1707. On April 2, 2026, the parties filed their respective motions for leave to bring electronic equipment into the courthouse. Upon review and consideration, the parties' motions (Docs. 52, 53) are **GRANTED**.

**IT IS HEREBY ORDERED** that David Saldamando, Jesse L. Jensen, Jonathan R. Chally, and Julia Applefeld, counsel for Plaintiffs, and Warren Pope, Bethany Rezek, and Claire Barry, counsel for Defendants, are permitted to bring electronic equipment into the courthouse and courtroom on April 9, 2026, for the purpose of participating in the hearing, including: cellular telephones, laptop computers, power adapters, cables, chargers, extension cords, power strips, iPads, and/or other electronic devices with cameras. Proper identification will be required upon entering the security station on the Plaza or Lower Plaza Level of the courthouse. All equipment is subject to inspection by the Court Security Officers and the United

States Marshals Service.

SO ORDERED, this 7th day of April, 2026.

_____
TIFFANY R. JOHNSON
United States District Judge