# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

### 1:25-cv-00992-TRJ
### Prime v. Manhattan Associates, Inc., *et al.*
### Honorable Tiffany R. Johnson

Minute Sheet for proceedings held In Open Court on 04/09/2026.

TIME COURT COMMENCED: 9:55 A.M.
TIME COURT CONCLUDED: 11:45 A.M.
TIME IN COURT: 1:55
OFFICE LOCATION: Atlanta

COURT REPORTER: Shannon Welch
CSO/DUSM: 1 CSO
DEPUTY CLERK: Britney Rodgers

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Emma Claire Barry representing Manhattan Associates, Inc.<br>Emma Claire Barry representing Dennis B. Story<br>Emma Claire Barry representing Eddie Capel<br>Katherine D'Ambrosio representing City of Orlando Police Officers' Pension Fund<br>Jesse Jensen representing City of Orlando Firefighters' Pension Fund<br>Jesse Jensen representing City of Orlando General Employees' Pension Fund<br>Jesse Jensen representing City of Orlando Police Officers' Pension Fund<br>Benjamin Pope representing Manhattan Associates, Inc.<br>Benjamin Pope representing Dennis B. Story<br>Benjamin Pope representing Eddie Capel<br>Bethany Rezek representing Manhattan Associates, Inc.<br>Bethany Rezek representing Dennis B. Story<br>Bethany Rezek representing Eddie Capel<br>David Saldamando representing City of Orlando Firefighters' Pension Fund<br>David Saldamando representing City of Orlando General Employees' Pension Fund<br>David Saldamando representing City of Orlando Police Officers' Pension Fund |
| PROCEEDING CATEGORY: | Motion Hearing (Non-evidentiary); |
| MOTIONS RULED ON: | [43] Motion to Dismiss for Failure to State a Claim TAKEN UNDER ADVISEMENT |
| MINUTE TEXT: | Motion hearing held on the #43 Motion to Dismiss for Failure to State a Claim. Based on the arguments presented, the Motion was TAKEN UNDER ADVISEMENT. Order to follow. |
| HEARING STATUS: | Hearing Concluded |