IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TIMOTHY PRIME, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>MANHATTAN ASSOCIATES, INC., *et al.*,<br><br>Defendants. | CIVIL ACTION NO.<br>1:25-cv-00992-TRJ |

**SCHEDULING ORDER**

The Court has reviewed the parties' Joint Preliminary Report and Discovery Plan. (Doc. 64). In this action, Plaintiffs allege Defendants violated the Securities Exchange Act of 1934 by making material misstatements and omissions regarding the company's services business. (*Id.* at 1–3). This case is assigned to a four-month discovery track. In their Joint Preliminary Report and Discovery Plan, the parties propose a 16-month discovery track. The parties also request that the Court approve an increase in the number of permitted requests for production from 25 to 75 requests for production per side, an increase in the number of permitted requests for admissions from 25 to 50 requests for admissions per side, and an increase in the number of permitted depositions above the permitted 10 depositions per side.

The Court approves the parties' Joint Preliminary Report and Discovery Plan, including the parties' proposed deadlines and the parties' request for increased numbers of requests for production and requests for admissions. The parties may seek leave with the Court to take additional depositions above the permitted 10 depositions

as the need arises. **No further extensions of the discovery period or any other deadlines will be considered or granted.**

**IT IS HEREBY ORDERED** that the deadlines in this case shall be as follows:

| **Event** | **Deadline** |
|---|---|
| Initial Disclosures | November 12, 2026 |
| Answer to Amended Complaint | November 13, 2026 |
| ESI Protocol and Protective Order | December 11, 2026 |
| Fact Discovery Period Begins | December 14, 2026 |
| Class Certification Motion | January 15, 2027 |
| Motions to Join Parties or Amend Pleadings | January 27, 2027 |
| Agreement on Search Terms, Custodians, and Data Sources for Materials that Require Such Mechanisms | February 19, 2027 |
| Class Certification Opposition | March 16, 2027 |
| Class Certification Reply Brief | May 17, 2027 |
| Substantial Completion of Document Production | May 31, 2027 |
| Fact Discovery Cut-Off | October 6, 2027 |
| Expert Reports (Opening Reports) | October 26, 2027 |
| Expert Reports (Response Reports) | December 3, 2027 |
| Expert Reports (Reply Reports) | January 18, 2028 |
| Expert Discovery Cut-Off | February 17, 2028 |
| Dispositive and *Daubert* Motions | March 21, 2028 |
| Dispositive and *Daubert* Oppositions | May 5, 2028 |
| Dispositive and *Daubert* Reply Briefs | June 6, 2028 |
| Joint Pretrial Order | November 3, 2028 |
| Final Pretrial Conference | December 4, 2028 |
| Jury Trial Date | December 11, 2028 |

**IT IS FURTHER ORDERED** that, in addition to the above deadlines, the parties must also adhere to the Guidelines to Parties and Counsel in Civil Cases Proceeding Before the Honorable Tiffany R. Johnson and any additional deadlines contained therein. (Doc. 57). In the event a discovery dispute arises, the parties must first meet and confer in-person to attempt to resolve the dispute. If the dispute cannot be resolved, the parties must file a joint "Notice of Discovery Dispute" on the docket in compliance with the Court's Guidelines and notify the Courtroom Deputy via email

(TRJ_CRD@gand.uscourts.gov) that the notice of discovery dispute was filed. The parties should not include any substantive arguments regarding the discovery dispute in their email communication to the Courtroom Deputy. No motions to compel or to impose discovery sanctions shall be filed without express leave from the Court.

Failure to comply with this Order or the Guidelines may result in the imposition of sanctions, including the dismissal of this action or a default judgment.

SO ORDERED, this 9th day of November, 2026.

TIFFANY R. JOHNSON
United States District Judge